FILED
DEC 0 8 2010

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

MABEL NORDGREN,

    Plaintiff,

vs.

MICHAEL J. ASTRUE, Commissioner
of Social Security,

    Defendant.

Civ. No. 09-91-AC

ORDER

Based upon the Stipulation of the parties, it is hereby

ORDERED that attorney fees in the amount of **$7,499.99** are hereby awarded to plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. It is further ordered that such fees are payable to Plaintiff's attorney Richard A. Sly, and mailed to said Plaintiff's attorney, subject to any allowable treasury offset. See Astrue v Ratliff, 560 U.S.__(2010)

Dated: December 7th, 2010.

JOHN V. ACOSTA
United States Magistrate Judge

PRESENTED BY:

s/ Richard A. Sly